1  Thomas George Key, CBN 152-520
   TUSTIN LAW CENTER
2  14511 Myford Road, Suite 220
   Tustin, CA 92780-3707
3
   Telephone: (714) 361-7560
4  Fax: (714) 495-4117

5  Attorney for Plaintiff
   MARIA DE JESUS CISNEROS
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12 | MARIA DE JESUS CISNEROS, | ) CASE NO: 1:09-cv-01436-LJO-SMS |
|---|---|
| | ) Judge: The Honorable Lawrence J. O'Neil |
| Plaintiff, | ) Courtroom: 4 |
| | ) |
| vs. | ) **ORDER DISMISSING DEFENDANT LUIS** |
| | ) **ENRIQUE MARTINEZ** |
| INSTANT CAPITAL FUNDING GROUP, INC., | ) |
| a dissolved California corporation; INSTANT | ) DATE**:**   Submission |
| CAPITAL ESCROW, INC., a dissolved | ) TIME:     Submission |
| California corporation; KP ORGANIZATION, | ) |
| INC., a dissolved California corporation; | ) |
| INDYMAC FEDERAL BANK, FSB, a Federal | ) |
| Savings Bank; ONEWEST BANK, FSB, a | ) |
| Federal Savings Bank; MTC FINANCIAL, INC., | ) |
| dba TRUSTEE CORPS, a California corporation; | ) |
| LUIS ENRIQUE MARTINEZ, an individual; | ) |
| PAUL CAMPOS, an individual; JACK HARRY | ) |
| CONRAD, an individual; KAILIN HWANG, an | ) |
| individual; and DOES 1 through 100, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

24  / / /

25  / / /

26  / / /

27  / / /

28

- 1 -

[PROPOSED] ORDER DISMISSING DEFENDANT LUIS ENRIQUE MARTINEZ

1  The Court having considered Plaintiff Maria De Jesus Cisneros' Request for Dismissal of
2  Defendant Luis Enrique Martinez (and <u>only</u> Luis Enrique Martinez):
3  **IT IS HEREBY ORDERED THAT:**
4  (1)  Defendant Luis Enrique Martinez is hereby dismissed with prejudice from this
5  action.
6  **IT IS SO ORDERED.**
7
8  DATED: _September 29, 2009

_/s/ Lawrence J. O'Neill_____
HON. LAWRENCE J. O'NEIL
UNITED STATES DISTRICT JUDGE